

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-29-07

October 26, 2007

**BY HAND**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:  United States v. Jose Espinosa & Jorge Ramirez,
           07 Cr. 976 (WHP)

Dear Judge Pauley:

       The Government writes to confirm that the first pre-trial conference in this matter has been scheduled for November 9, 2007 at 3:00 p.m.

       The Government also requests that the Court exclude time from today until November 9, 2007 pursuant to the Speedy Trial Act. The Government submits that such exclusion is warranted pursuant to 18 U.S.C. § 8161(h)(8)(A). Specifically, the ends of justice outweigh the best interest of the public and the defendants in a speedy trial because the exclusion affords the defendants the opportunity to consult with counsel about this case, and helps guarantee the effective assistance of counsel. To the extent that the Government is able to make initial discovery, the exclusion will also permit the defendants to review that discovery. I previously spoke with Louis Aidala, counsel for Mr. Ramirez, and Roy Kulcsar, counsel for Mr.

*Application Granted on Consent.*

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III U.S.D.J.

10-29-07

The Honorable William H. Pauley III
October 26, 2007
Page 2

Espinosa, and they both consented to this request.

                                    Respectfully submitted,

                                    MICHAEL J. GARCIA
                                  United States Attorney

                      By: _____
                                  William J. Harrington
                                  Assistant U.S. Attorney
                                  (212) 637-2331

cc by fax:     Louis Aidala
               Roy Kulcsar