Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. CT-05-0048 | 2. G-DEP Identifier YNC1B |
|---|---|---|
| | 3. File Title BASTISTA, Francisco | |
| 4. Page 2 of 9 | | |
| 5. Program Code | 6. Date Prepared 09/24/07 | |

4. At approximately 9:05PM, members of NYDETF/Group T-43 entered 1049 E 226th St., Bronx, NY and began to knock on the doors of the four apartments located inside of this address.

5. At approximately 9:10PM, GS Susan Gibson, SA Frank Adamo, and Det. Michael Gambert identified themselves as the "Police" and knocked on the door of 1049 E. 226th ST., Basement Apt., Bronx, NY. The occupant of the apartment opened the door and slammed it shut. After this, Sgt. DeGiorgio went upstairs and got the landlord Maria Rodriguez. Ms. Rodriguez went downstairs and verified that GS Gibson, SA Adamo, and Det. Gambert were in fact the Police. A Hispanic male (later identified as Jorge RAMIREZ) answered the door. GS Gibson asked in English if he (Jorge RAMIREZ) lived at this address and he answered "yes". Members of NYDETF/Group T-43 requested consent to search the apartment and RAMIREZ gave consent to search his basement apartment.

6. At approximately 9:15PM, members of NYDETF/Group T-43 entered the basement apartment of 1049 E. 226th Street, Bronx, NY. When the agents/task force officers entered the apartment they observed in plain view a small plastic bag containing a white powdery substance (assigned exhibit 12) on a table in the bedroom. Members of NYDETF/Group T-43 also observed a black taped wrapped brick of suspected narcotics (Exhibit 9) and other drug paraphernalia inside of a bedroom closet with the doors open in plain view.

7. At approximately 9:20PM, Jorge RAMIREZ and Eustacia DE LA CRUZ were placed under arrest. DE LA CRUZ was arrested trying to exit 1049 E. 226th St., Bronx, NY thru the front door. Shortly after this, RAMIREZ signed a consent-to-search form (Assigned Exhibit# N-44) in both English and Spanish as witnessed by Det. Alvarez and Det. Corbalis.

8. At approximately 10:20PM, Det. Corbalis and SA Waddell conducted a search of 1049 E. 226th Street, Basement Apt., Bronx, NY. The following items were seized by Det. Corbalis:

---

A Form - 6a
I. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1 - Prosecutor

2