| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** (Continuation) | 1. File No. CT-05-0048 | 2. G-DEP Identifier YNC1B |
| | 3. File Title BASTISTA, Francisco | |
| 4. Page 3 of 9 | | |
| 5. Program Code | | |
| | 6. Date Prepared 09/24/07 | |

- Exhibit 8, suspected heroin residue found by Det. Corbalis around the toilet in the bathroom.
- Exhibit N-41, a piece of paper with names and phone numbers, box that contained glassines, and a block of mannitol found by Det. Corbalis in bathroom.
- Exhibit N-42, Miscellaneous papers and documents found by Det. Corbalis in bedroom closet.
- Exhibit N-27, undetermined amount of United States Currency found by Det. Corbalis from inside of the bedroom closet on a shelf.
- Exhibit 10, a clear plastic bag containing a white powdery substance found by Det. Corbalis from bedroom closet.
- Exhibit 9, a clear plastic bag and a black taped wrapped brick of suspected cocaine found by Det. Corbalis from bedroom closet.
- Exhibit 11, a white cooking pot containing a white powdery substance found by Det. Corbalis from bedroom closet.
- Exhibit 12, a clear plastic bag containing a white powdery substance found by Det. Corbalis on a table in bedroom.
- Exhibit 13, plastic bags containing a white powdery substance found by SA Waddell in a trash can in the kitchen.
- Exhibit 14, a Braun white plastic coffee grinder with brown powder residue and two vacuum seal bags with residue found by Det. Corbalis in bedroom closet.
- Exhibit N-30, a green American International heat sealer found by Det. Corbalis in bedroom closet.
- Exhibit N-31, two 3M Respirator masks found by Det. Corbalis in the bedroom closet.
- Exhibit N-32, Drug paraphernalia to include one electronic scale, one bag of rubber bands, three cardboard boxes that contained glassine bags found by Det. Corbalis in the bedroom closet.
- Exhibit N-33, an electronic money counter found by Det. Corbalis in the bedroom closet.
- Exhibit N-34, Drug paraphernalia that included four metal clamps, several wooden kilo presses, two sets of work gloves, and a yellow notebook found by Inv. David Walsh in the bedroom closet.

DEA Form - 6a (Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1 - Prosecutor

3