Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. CT-05-0048 | 2. G-DEP Identifier YNC1B |
|---|---|---|
| | 3. File Title BASTISTA, Francisco | |
| 4. Page 4 of 9 | | |
| 5. Program Code | 6. Date Prepared 09/24/07 | |

- Exhibit N-38, a grey calculator found by Det. Corbalis from a table in the bedroom.
- Exhibit N-37, a black address book that contained numerous papers and documents found by Det. Corbalis from a table in the bedroom.
- Exhibit N-40, a United States Passport (belonging to Jorge RAMIREZ) found by SA Waddell from inside of a black address book (Exhibit N-37).
- Exhibit N-43, three receipts found by Inv. David Walsh from a table in the kitchen.
- Exhibit N-44, two (2) consent-to-search forms signed by Jorge RAMIREZ obtained by Det. Corbalis.
- Exhibit N-39, One black wallet that contained miscellaneous papers and documents and different forms of identification.

**CUSTODY OF EVIDENCE:**

**EXHIBIT 8, 9, 10:** ON 09-20-2007, AT 1040 226TH STREET, BASEMENT APT, BRONX, NY, EXHIBITs 8, 9, and 10 Were SEIZED BY SA WADDELL AND DET. CORBALIS. SA WADDELL AND DET. CORBALIS TRANSFERRED THE EXHIBITS TO GS GIBSON, WHO TRANSFERRED THE EXHIBITS TO THE NYDETF OFFICE. UPON ARRIVAL TO THE NYDETF OFFICE, THE EXHIBITS WERE TRANSFERRED TO SA'S WADDELL AND DODGE, WHO THEN SUBMITTED THE EXHIBITS TO THE OVERNIGHT DRUG VAULT FOR SAFE KEEPING. ON 09-21-07 THE EXHIBITS WERE REMOVED BY SA KADISH AND SUBMITTED TO NERL FOR ANALYSIS.

**EXHIBIT 11, 12, 13:** ON 09-20-2007, AT 1040 226TH STREET, BASEMENT APT, BRONX, NY, EXHIBITs 11, 12, and 13 Were SEIZED BY SA WADDELL AND DET. CORBALIS. SA WADDELL AND DET. CORBALIS TRANSFERRED THE EXHIBITS TO GS GIBSON, WHO TRANSFERRED THE EXHIBITS TO THE NYDETF OFFICE. UPON ARRIVAL TO THE NYDETF OFFICE, THE EXHIBITS WERE TRANSFERRED TO SA'S WADDELL AND DODGE, WHO THEN SUBMITTED THE EXHIBITS TO THE OVERNIGHT DRUG VAULT FOR SAFE KEEPING. ON 09-21-07 THE EXHIBITS WERE REMOVED BY SA KADISH AND SUBMITTED TO NERL FOR ANALYSIS.

**EXHIBIT 14:** On 09-20-2007, Jorge Ramirez was arrested 1049 E. 226th street, Basement APT, Bronx, NY. RAMIREZ was arrested for possession of

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1 - Prosecutor

4