U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

## CONSENTIMIENTO A SER REGISTRADO

*JR*

1. SE ME HA PEDIDO QUE AUTORICE A AGENTES ESPECIALES DE LA ADMINISTRACION DE CONTROL DE DROGAS A REGISTRAR: (Describir la persona, lugar o cosas a registrar.)

1049 E 226 ST BRONX NY 10456
BASEMENT

2. NO HE SIDO AMENAZADO/A, NI FORZADO/A DE NINGUNA MANERA.   *JR*

3. YO HE CONSENTIDO LIBREMENTE A ESTE REGISTRO.   *JR*

9/20/07
Fecha

X Jorge Ramirez
Firma

Testigos:   AR #314

DEA Form - 88a
(Jan. 2005)

206