then got out of the car, and locked and unlocked the car. He then got back in the car, turned on and off the emergency lights, the turning signals and the headlights. They observed him again reaching to the passenger side. He then turned on the car and drove away without turning on the headlights. Based on my training and experience, ESPINOSA's conduct was consistent with that of someone attempting to open hidden compartments (or "traps") which are often designed to be opened by a unique series of maneuvers, involving, for example, activating headlights, turn signals, emergency lights and/or windows.

   d. Other law enforcement agents subsequently conducted a traffic stop, and asked for consent to search the car. JOSE ESPINOSA, the defendant, gave his consent to search the vehicle. In a hidden compartment located above the glove compartment of the car, they found a package containing approximately 1 kilogram of what appeared to be heroin. They then placed ESPINOSA under arrest. I field tested the substance found in the car, and it tested positive for the presence of heroin.

   e. Other law enforcement agents and I went back to 1049 E. 226th Street. We knocked on the door of the basement apartment, and RAMIREZ answered the door. We identified ourselves as law enforcement officers. He indicated that he lived in the apartment and gave us written consent to search the apartment. In the bedroom of the apartment, we found a small quantity of heroin in a small plastic bag. In the bedroom closet, we found approximately $60,000 in cash, approximately one kilogram of what appeared to be cocaine, approximately one kilogram of what appeared to be heroin, empty plastic bags containing drug residue, and various items of drug paraphernalia, including Mannitol, a known dilutant or adulterant, scales, glassines, a money counter, and gloves. The packaging for the kilogram of heroin in the bedroom was similar to that of the packaging of the kilogram of heroin found in the green Audi. In the bathroom, we found drug residue on the toilet seat and floor. We also found an empty box that typically is used to contain glassines and observed empty glassines in the toilet bowl. In the kitchen, we found three presses, which based on my knowledge and experience, are used to package heroin or cocaine, and packaging materials with heroin and cocaine residue in the trash. We then placed RAMIREZ under arrest.

   f. I field tested the substance that appeared to be heroin, and it tested positive for the presence of heroin. I observed another special agent field test the substance that