**United States District Court**
<u>**Southern District of New York**</u>

**United States of America**

    - against -

**Jorge Ramirez and Jose Espinosa,**
                             ***Defendants***

**Defendant's Affidavit**

**Ind. # 07 Cr .976 (WHP)**

**State of New York:**
                      ss:
**County of Kings:**

    Jorge Ramirez, being duly sworn, deposes and says:

    I am a defendant in the above-captioned matter and submit this Affidavit in support of the motions submitted on my behalf by my attorney.

    On or about September 20, 2007, several police officers knocked on the door to my apartment. After entering the apartment through the ~~living~~ front room, they conducted a search of the J.R. apartment, including my bedroom, without obtaining my consent. They seized several items that were not in plain view.

    After searching the apartment they handed me a written "Consent to Search" form and said I might as well sign it since they had already searched the apartment. I signed the form after the search and seizure had taken place.

                                                     */s/ Jorge Ramirez*
                                                         Jorge Ramirez

Sworn to before me this 23rd
day of January 2008

*/s/ Joan Palermo*
Notary Public

JOAN PALERMO
Notary Public, State of New York
No. 31-4859662
Qualified in New York County
Commission Expires April 21, 2010