

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-5-08

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

April 30, 2008

**BY FAX**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

RECEIVED
APR 30 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

    Re:  <u>United States</u> v. <u>Jorge Ramirez</u>,
         07 Cr. 976 (WHP)

Dear Judge Pauley:

      The Government writes to request an adjournment of the suppression hearing that is scheduled for tomorrow, May 1, 2008 at 2:15 p.m.

      I learned last night that one of the testifying agents has to travel out of state in order to attend a funeral. The witness, who played an important role in the initial entry into and the protective sweep of Mr. Ramirez's apartment, will therefore not be able to attend the currently scheduled hearing. While the Government will be calling additional witnesses, the presentation of evidence will be clearer and more efficient if all witnesses were to testify on the same day. This afternoon, I spoke to Joan Palermo, co-counsel for the defendant, and Ms. Palermo agreed that an adjournment of the hearing was preferable



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-5-08

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

MEMO ENDORSED

April 30, 2008

**BY FAX**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

RECEIVED APR 30 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

    Re: <u>United States v. Jorge Ramirez</u>,
        07 Cr. 976 (WHP)

Dear Judge Pauley:

    The Government writes to request an adjournment of the suppression hearing that is scheduled for tomorrow, May 1, 2008 at 2:15 p.m.

    I learned last night that one of the testifying agents has to travel out of state in order to attend a funeral. The witness, who played an important role in the initial entry into and the protective sweep of Mr. Ramirez's apartment, will therefore not be able to attend the currently scheduled hearing. While the Government will be calling additional witnesses, the presentation of evidence will be clearer and more efficient if all witnesses were to testify on the same day. This afternoon, I spoke to Joan Palermo, co-counsel for the defendant, and Ms. Palermo agreed that an adjournment of the hearing was preferable

The Honorable William H. Pauley III
April 30, 2008
Page 2

in light of this witness's unavailability. We also discussed possible dates in the event Your Honor decides to adjourn the hearing, and request that the Court schedule the hearing sometime during the week of May 11, May 18, or May 25, 2008.

                            Respectfully submitted,

                            MICHAEL J. GARCIA
                            United States Attorney

             By: _____
                   William J. Harrington
                   Assistant U.S. Attorney
                   (212) 637-2331

cc by fax:    Louis Aidala/Joan Palermo

*[Handwritten]: APPLICATION GRANTED. THE HEARING IS ADJOURNED TO MAY 8, 2008 AT 10:00 A.M. SPEEDY TRIAL TIME IS EXCLUDED FROM MAY 1, 2008 UNTIL MAY 8, 2008 IN THE INTERESTS OF JUSTICE UNDER 18 U.S.C. 3161(h)(8)(A).*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
5-1-08