RECEIVED MAY 6 2008 CHAMBERS OF WILLIAM H. PAULEY U.S.D.J.

**LOUIS R. AIDALA**
Attorney at Law
546 Fifth Avenue
6th Floor
New York, NY 10036

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-16-08

Ph: (212) 750 9700                                    Fax: (212) 750 8297

*Via fax*

May 6, 2008

Hon. William H. Pauley, USDJ
United States Court House
Southern District of NY
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: United States v. Ramirez
    # 07 cr. 976

Dear Judge Pauley:

Pursuant to a phone conversation earlier today with Your Honor's deputy, this letter is to confirm that the suppression hearing in the above referenced matter has been adjourned to Thursday, May 22, 2008, at 10 a.m.

Defendant consents to the exclusion of time, pursuant to the Speedy Trial Act, from May 1, 2008, to May 22, 2008.

A message was left on the voice mail of AUSA William Harrington notifying him of the new date.

Respectfully,
Louis R. Aidala
Attorney for Jorge Ramirez

cc: William Harrington, AUSA (by email)

*APPLICATION GRANTED. THE HEARING IS ADJOURNED TO MAY 22, 2008 AT 10AM*
SO ORDERED: *IN THE INTERESTS OF JUSTICE*

WILLIAM H. PAULEY III U.S.D.J.
5-14-08