**UNITED STATES DISTRICT COURT**
**<u>SOUTHERN DISTRICT OF NEW YORK</u>**

**United States of America,**

                                                  **07 Cr 976 (WHP)**

    **- against -**

**Jorge Ramirez**,

               Defendant

---

### NOTICE OF CHANGE OF ADDRESS

To:   Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:   <u>Louis R. Aidala</u>

☐     *Attorney*

    ☐    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:

        <u>    LA 9471    </u>

    ☐    I am counsel of record for defendant    <u>Jorge Ramirez</u> in the above-entitled case.

    ☐   *Address*:    <u>546 Fifth Avenue, 6th Floor, New York, NY 10036-5000</u>

    ☐   *Telephone Number*:   <u>212 750 9700</u>

    ☐   *Fax Number:*   <u>212 750 8297</u>

    ☐   *E-mail Address*:   <u>lraidala@aol.com</u>

Dated:   <u>June 3, 2008</u>               <u>Louis R. Aidala</u>