

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-08

June 12, 2008

**BY FACSIMILE**

The Honorable William H. Pauley, III
United States District Judge
United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007
Fax: (212) 805-6390

    Re:    United States v. Jorge Ramirez
            07 Cr. 976 (WHP)

**MEMO ENDORSED**

Dear Judge Pauley:

        In connection with the above-referenced matter, the parties, with the assistance of Your Honor's deputy, have been trying to select a date for the hearing on defendant Jorge Ramirez's pending motion to suppress. Because of scheduling conflicts involving the witnesses the Government expects to call at the hearing, the hearing has been adjourned on previous occasions. I have spoken with Louis Aidala, counsel for Mr. Ramirez, and based on the schedules of the parties and witnesses, we write to make a joint request that the suppression hearing be scheduled for any one of the following dates, at a time that is convenient for the Court: July 30, August 11, August 12, August 13, August 14, or August 21, 2008. In addition, the Government and the defense jointly request that time be excluded until the scheduled hearing date under the Speedy Trial Clock, in order to permit the parties to prepare for the hearing, and to discuss a possible disposition of the case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Jenna M. Dabbs
Assistant United States Attorney
(212) 637-2212

*Application Granted. The Suppression Hearing is Adjourned to August 13, 2008*
**SO ORDERED:** At 10:00 AM. Speedy Trial Time is Excluded from May 22, 2008 until August 13, 2008 in the interests of Justice

_____
WILLIAM H. PAULEY III U.S.D.J.

6-16-08

cc: Louis R. Aidala, Esq. (by facsimile)