

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 11, 2008

BY FAX

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:  <u>United States</u> v. <u>Jorge Ramirez</u>,
         07 Cr. 976 (WHP)

Dear Judge Pauley:

    The Government writes to request the cancellation of the suppression hearing scheduled for this Wednesday, August 13, 2008 and the scheduling of a pretrial conference for sometime in September. On Friday, August 8, 2008, I spoke with Louis Aidala, counsel for Mr. Ramirez, who informed me that his client intended on accepting the Government's plea offer in this matter. Mr. Aidala indicated to me that he would be meeting with his client early this week to review the written plea agreement. The parties will schedule a plea before the Magistrate's Court once that agreement has been executed.

    The Government also requests that the Court exclude time from today until a control date of September 30, 2008. The Government submits that such exclusion is warranted pursuant to 18 U.S.C. § 8161(h)(8)(A). Specifically, the ends of justice outweigh the best interest of the public and the defendants in a speedy trial because the exclusion affords the parties the time necessary to finalize their pre-trial discussions. Mr. Aidala indicated to me earlier today that he consents on his client's

The Honorable William H. Pauley III
August 11, 2008
Page 2

behalf to the Government's request that time be excluded.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

                    By: _____
                          William J. Harrington
                          Assistant U.S. Attorney
                          (212) 637-2331

cc by fax:    Louis Aidala

*[Handwritten annotation:]* APPLICATION GRANTED. A CONTROL DATE FOR A CONFERENCE IS SET FOR 9-26-08 AT 3:15 P.M. SO ORDERED. SPEEDY TRIAL TIME IS EXCLUDED FROM 8-13-08 UNTIL 9-26-08 IN THE INTERESTS OF JUSTICE.

*[Signature: William H. Pauley III]*